John M. LeBlanc (155842)
R. Bryan Martin (221684)
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendant
California Physicians' Service dba Blue Shield of
California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MARINA KURGATNIKOV, | CASE NO.: C042670 |
| Plaintiffs, | (Hon. Martin Jenkins) |
| vs. | **STIPULATION RE DISMISSAL; [PROPOSED] ORDER** |
| TRAPEZO HEALTH PLAN, BLUE SHIELD OF CALIFORNIA, COBRASERV, A HEALTH PLAN ADMINISTRATOR, and TRAPEZO, INC., | [Fed. R. Civ. P. 41(a)] |
|  | Complaint Filed: July 4, 2002 |
| Defendants. |  |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office5\5667\257\05pleadings\stip re dismissal.doc

STIPULATION RE DISMISSAL; [PROPOSED] ORDER

1    It is hereby stipulated by and between the parties, through their undersigned counsel of

2    record, that the above-captioned action is hereby dismissed in its entirety, with prejudice, pursuant

3    to Federal Rule of Civil Procedure 41(a)(1).  Plaintiff and defendant shall each bear their own

4    attorneys' fees and costs.

5

6    Dated:  October 18 2005                    BARGER & WOLEN LLP

7

8                                              By:
                                                   _____
9                                                  JOHN M. LE BLANC   JAMIE OSTROFF
                                                   Attorneys for Defendant California
10                                                 Physicians' Service dba Blue Shield of
                                                   California
11

12   Dated:  October __, 2005

13

14

15                                             By:
                                                   _____
                                                   LAWRENCE W. FASANO, JR.
16                                                 Attorney for Plaintiff Marina
                                                   Kurgatnikov

17

18

19

20

21

22

23

24

25

26

27

28

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office5\5667\257\05pleadings\stip re dismissal.doc

STIPULATION RE DISMISSAL; [PROPOSED] ORDER

10/12/2005    09:54    BARGER&WOLEN-FAX8- → 14159568811                    NO.719    P04

Case 3:04-cv-02670-MJJ   Document 23   Filed 10/24/05   Page 3 of 4
Case 3:04-cv-02670-MJJ   Document 22   Filed 10/18/2005   Page 3 of 5

1      It is hereby stipulated by and between the parties, through their undersigned counsel of

2 record, that the above-captioned action is hereby dismissed in its entirety, with prejudice, pursuant

3 to Federal Rule of Civil Procedure 41(a)(1). Plaintiff and defendant shall each bear their own

4 attorneys' fees and costs.

5

6 Dated: October ___, 2005          BARGER & WOLEN LLP

7

8          By: _____

9          JOHN M. LE BLANC
         Attorneys for Defendant California

10          Physicians' Service dba Blue Shield of
         California

11

12 Dated: October 12, 2005

13

14

15          By: _____
         LAWRENCE W. FASANO, JR.

16          Attorney for Plaintiff Marina
         Kurgatnikov

17

18

19

20

21

22

23

24

25

26

27

28

i:\office5\5667\257\05pleadings\stip re dismissal.doc

STIPULATION RE DISMISSAL; [PROPOSED] ORDER

# [PROPOSED] ORDER

IT IS HEREBY ORDERED that the above-captioned action be dismissed in its entirety, with prejudice.

Dated: __10/23__, 2005

By: _____
JUDGE, UNITED STATES
DISTRICT COURT, NORTHERN
DISTRICT OF CALIFORNIA

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-
STIPULATION RE DISMISSAL; [PROPOSED] ORDER